UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDSON, | 1:05-cv-01466-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Docs. 13 and 14) |
| vs. | |
| WASCO STATE PRISON, et al., | |
| Defendants. | |
| _____/ | **ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE UNDER 28 U.S.C. § 1915(G)** |

Plaintiff Anthony Richardson ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 14, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings

1

and Recommendations was to be filed within twenty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed August 14, 2006, is ADOPTED IN FULL;

2.   This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of June 27, 2006, and for failure to state a claim upon which relief may be granted; and

3.   This dismissal shall count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   September 23, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE

2